IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARL TOOLE, AIS #153455,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 08-0736-CG-B |
| **JERRY FERRELL, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice pursuant to 28 U.S.C., § 1915(g).

**DONE and ORDERED** this 4th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE